McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
   *jonathan.carlson@mccormickbarstow.com*
Cara T. Laursen
Nevada Bar No. 14563
   *cara.laursen@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for CSAA General Insurance Company

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SUMIR BEASPAL,<br><br>        Plaintiff,<br><br>v.<br><br>CSAA GENERAL INSURANCE COMPANY; JOHN DOES I-XX; ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES I-X, inclusive,<br><br>        Defendants. | Case No. 3:26-cv-00103-ART-CLB<br>**ORDER GRANTING**<br>**STIPULATION AND ORDER RE**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by Plaintiff SUMIR BEASPAL, by and through his counsel of record, that the above-entitled matter be dismissed with prejudice against Defendant CSAA GENERAL INSURANCE COMPANY, the parties to bear their own costs and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Case No. 3:26-cv-00103-ART-CLB

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE

Re:  Beaspal v. CSAA General Insurance Company
Case No.: 3:26-cv-00103-ART-CLB

attorneys' fees.

IT IS SO STIPULATED.

Dated: ~~June~~ July 10, 2026

FRIEDMAN & THROOP, PLLC

By: _____

Julie McGrath Throop, Esq.
John C. Boyden, Esq.
300 South Arlington Avenue
Reno, Nevada 89501
*Attorneys for Plaintiff*
*Sumir Beaspal*

Dated: ~~June~~ July 10, 2026

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____/s/Jonathan W. Carlson_____

Jonathan W. Carlson
Nevada Bar No. 10536
Cara T. Laursen
Nevada Bar No. 14563
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
*Attorneys for Defendant*
CSAA General Insurance Company

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be dismissed with prejudice.

DATED this 13th day of July, 2026.

_____

Anne R. Traum
United States District Judge

Submitted By:

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By _____/s/Jonathan W. Carlson_____

Jonathan W. Carlson, Nevada Bar No. 10536
Cara T. Laursen, Nevada Bar No. 14563
*Attorneys for Defendant* CSAA General Insurance Company

16284149.1